ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 SEP 16 PM 4:50
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID ANDERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 310-032 |
| BILLY D. BROWN, Warden, Montgomery State Prison, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, this case is **DISMISSED**, without prejudice.

SO ORDERED this 16th day of September, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE